WINFIELD S. TAYLOR et al., Respondents, *v.* BERNARD F. GUINAN, Appellant.

*Taylor* v. *Guinan*, 141 App. Div. 921, affirmed.
(Argued May 13, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered November 28, 1910, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover upon an alleged promise to pay for labor performed under a contract with defendant's principal, the said defendant being one of the sureties upon a certain bond given to secure the performance by his said principal of a government contract.

*H. B. Philbrook* for appellant.

*George Lupton Robinson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not voting: CULLEN, Ch. J.